220-0108 Triumph Community Bank v. IRED Elmhurst, LLC  Thank you.